George J. Williams, appellee, v. Sol H. Goldberg, appellant. Gen. No. 34,234.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Fisher, Boyden, Bell, Boyd & Marshall, for appellant; Thomas Hart Fisher and Rudolph M. Mulfinger, of counsel. Warren Pease and Hubert D. Crocker, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Pulaski Coal Company, appellant, v. Joseph Kravitz, appellee. Gen. No. 34,246.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930. Rehearing denied October 27, 1930. Casimir R. Wachowski, for appellant; J. J. Buckley, of counsel. Joseph Rosenberg, for appellee; Aaron L. Stein, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

George Thomas Strobel and Helen Strobel, appellees, v. Concordia Fire Insurance Company of Milwaukee, appellant. Gen. No. 34,256.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Silber, Isaacs, Silber & Woley, for appellant; Samuel Levin and Norman A. Miller, of counsel. Levisohn & Levisohn, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

J. M. Braude, appellant, v. Cochran & McCluer Company, appellee. Gen. No. 34,265.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Irving Berman, for appellant; Theodore M. Revzan, of counsel. J. Edward Newberger, for appellee.

Mr. Justice Gridley delivered the opinion of the court.